09-2864-pr(L), 09-2932-pr(Con)
Cole v. Goord

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the twenty-sixth day of May, two thousand and ten.

PRESENT:

> JOSÉ A. CABRANES,
> ROBERT A. KATZMANN,
> > *Circuit Judges,*
> J. GARVAN MURTHA,
> > *District Judge.*\*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

RONNIE COLE,

> *Plaintiff-Appellant,*

v.                                                                    Nos.    09-2864-pr(L)
                                                                              09-2932-pr(Con)

GLENN GOORD, Commissioner of Corrections, BRIAN FISCHER, Superintendent, LESTER N. WRIGHT, M.D., Chief Medical Examiner, JOHN PERILLI, M.D., Facility Health Services Director, E. HANSEN, nurse administrator, J. GUTOWSKO, registered nurse, NELSON MUTHRA, physician's assistant,

---

\* The Honorable J. Garvan Murtha, Senior Judge, of the United States District Court for the District of Vermont, sitting by designation.

*Defendants-Appellees.*\*\*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOR PLAINTIFF-APPELLANT:**         Ronnie Cole, *pro se*, Rome, NY.

**FOR DEFENDANTS-APPELLEES:**         Susan H. Odessky, State of New York, Office of the Attorney General, New York, NY.

         Appeal from a judgment of the United States District Court for the Southern District of New York (Gerard E. Lynch, *Judge*).

         **UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

         Plaintiff-appellant Ronnie Cole ("plaintiff" or "Cole"), proceeding *pro se*, appeals from a summary judgment entered in favor of defendants-appellees ("defendants") on plaintiff's 42 U.S.C. § 1983 claims and from an order denying his motion for reconsideration.  Plaintiff alleged that defendants acted with deliberate indifference to his serious medical needs in violation of the Eighth Amendment by refusing to follow all of the recommendations of a urologist who examined him. On appeal he argues that the differing medical opinions expressed by his doctors create a genuine issue of material fact with respect to whether the ultimate course of treatment approved by prison officials amounted to deliberate indifference to his serious medical needs.  We assume the parties' familiarity with the remaining factual and procedural history of the case.

         We find no error in the District Court's comprehensive analysis of plaintiffs claims.  The District Court properly granted summary judgment to defendants and did not abuse its discretion in denying plaintiff's motion for reconsideration.  Accordingly, we affirm the judgment[1] of the District Court substantially for the reasons stated in its thorough and careful orders entered April 30 and May 27, 2009.  *See Cole v. Goord*, No. 04 Civ. 8906, 2009 WL 1181295 (S.D.N.Y. Apr. 30, 2009) (granting defendants' motion for summary judgment); *Cole v. Goord*, No. 04 Civ. 8609, Docket Entry No. 63 (S.D.N.Y. May 27, 2009) (denying plaintiff's motion for reconsideration).

---

     \*\* The Clerk of Court is directed to amend the official caption to conform to the listing of the parties stated above.

     [1] Because no separate judgment was entered in this matter, a separate judgment is deemed to have entered 150 days after the entry of the District Court's dispositive order.  *See* Fed. R. Civ. P. 58(c)(2)(B); Fed. R. App. P. 4(a)(7)(A)(ii).

## CONCLUSION

We have considered all of plaintiff's arguments and find them to be without merit.  For the foregoing reasons, the judgment of the District Court is **AFFIRMED**.  Plaintiff's motion to appear at oral argument is **DENIED**.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk of Court